UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

```
------------------------------
Didion Milling, Inc.                  Case No. 05-C-0227
f/k/a Didion, Inc.,                    Magistrate Judge
                                        A.E. Goodstein
            Plaintiff,

v.                                  MOTION FOR PARTIAL SUMMARY
                                    JUDGMENT OF DEFENDANT AGRO
Terra International, Inc. and           DISTRIBUTION, LLC
Agro Distribution, LLC,

            Defendants.
------------------------------
```

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Agro Distribution, LLC ("Agro") hereby respectfully moves the Court for an Order as follows:

1. Dismissing Plaintiff's Complaint with prejudice;

2. Directing Plaintiff and its law firm to immediately disburse the funds in the amount of $311,371.00 being held in trust for Agro;

3. Awarding Agro a money judgment against Plaintiff for the amount by which Agro's claim for breach of contract exceeds the amount of the trust account funds on the date of entry of judgment;

4. Awarding Agro a money judgment for the installation of an electrical meter in the amount of $7,148.22, plus interest at

the rate of $0.82 per day from April 1, 2006, through the date of entry of judgment; and

    5.   Awarding Agro a money judgment for back rent due from Plaintiff in the amount of $6,254.69, plus interest at the rate of $0.72 per day from April 1, 2006, through the date of entry of judgment.

Respectfully submitted,

Dated: May 1, 2006          LINDQUIST & VENNUM P.L.L.P.

By:  s/Jonathan C. Miesen
    Jonathan C. Miesen
    Minn. Atty. Reg. No. 19752X

4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
Telephone: (612) 371-3263
Facsimile: (612) 371-3207
jcmiesen@lindquist.com

Attorneys for Defendant
Agro Distribution, LLC

2134149v/1

2