# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DIDION MILLING, INC.,**

        **Plaintiff,**

v.

                                **CASE NO. 05-CV-227**

**AGRO DISTRIBUTION, LLC.,**
        **Defendant.**

## FINAL JUDGMENT

Pursuant to the Court's Decision and Order filed March 2, 2007, and Order on Pending Motions filed August 17, 2007,

**IT IS HEREBY ORDERED** that judgment is hereby entered in this case as follows:

1. Plaintiff's Complaint is dismissed with prejudice;

2. Defendant is entitled to judgment on Counts I, II, III (Paragraph No. 29 only) and IV of its Counterclaim;

3. Counts III (except Paragraph No. 29), V and VI of Defendant's Counterclaim are dismissed with prejudice;

4. Defendant is the lawful assignee of the Asset Purchase Agreement at issue in this case and is entitled to enforce that contract against Plaintiff;

5. Plaintiff and its attorneys shall immediately release to Defendant the funds held in trust by Plaintiff's attorneys pursuant to the Asset Purchase Agreement in the amount of $311,371.00;

6. Defendant is entitled to a money judgment against Plaintiff for the following amounts:
   | | |
   |---|---|
   | Past Rent | $ 5,250.00 |
   | Installation of Meter | $ 6,000.00 |
   | TOTAL | $ 11,250.00; |

7. Defendant is entitled to recover prejudgment interest in the amount of $2,935.70, plus $1.54 per day from September 1, 2007, through the date of entry of judgment; and

8. Defendant may proceed to make applications to recover its costs and attorney's fees.

Dated at Milwaukee, Wisconsin this <u>5th</u> day of September, 2007.

                                              s/AARON E. GOODSTEIN
                                              U.S. Magistrate Judge