# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**DIDION MILLING, INC.,**

            **Plaintiff,**

v.

                               **CASE NO. 05-CV-227**

**AGRO DISTRIBUTION, LLC.,**
            **Defendant.**

---

AMENDED **FINAL JUDGMENT**

Pursuant to the Court's Decision and Order filed March 2, 2007, and Order on Pending Motions filed August 17, 2007,

**IT IS HEREBY ORDERED** that judgment is hereby entered in this case as follows:

1.      Plaintiff's Complaint is dismissed with prejudice;

2.      Defendant is entitled to judgment on Counts I, II, III (Paragraph No. 29 only) and IV of its Counterclaim;

3.      Counts III (except Paragraph No. 29), V and VI of Defendant's Counterclaim are dismissed with prejudice;

4.      Defendant is the lawful assignee of the Asset Purchase Agreement at issue in this case and is entitled to enforce that contract against Plaintiff;

5.      Plaintiff and its attorneys shall immediately release to Defendant the funds held in trust by Plaintiff's attorneys pursuant to the Asset Purchase Agreement in the amount of $311,371.00;

6.      Defendant is entitled to a money judgment against Plaintiff for the following amounts:

| | |
|---|---|
| Past Rent | $ 5,250.00 |
| Installation of Meter | $ 6,000.00 |
| TOTAL | $ 11,250.00; |

7.      Defendant is entitled to recover prejudgment interest in the amount of $2,935.70, plus $1.54 per day from September 1, 2007, through the date of entry of judgment; and

8.      Defendant's motion for the recovery of attorney fees in the amount of $163,265.00 and costs in the amount of $29,717.95 is granted.

Dated at Milwaukee, Wisconsin this <u>16th</u> day of November, 2007.

s/AARON E. GOODSTEIN
U.S. Magistrate Judge